# Court of Appeals
# of the State of Georgia

ATLANTA,_May 24, 2022_____

*The Court of Appeals hereby passes the following order:*

**A22E0054. IN THE INTEREST OF S. H. et al. (FATHER).**

Upon consideration of the Appellant's motion for an extension of time in which to file a discretionary application, the same is hereby GRANTED. Appellant shall have until June 8, 2022, in which to file the application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_May 24, 2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ *, Clerk.*